UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-08641-CBM-RAO | Date | May 16, 2025 |
| Title | *Therese Murphy v. Skechers USA, Inc. et al* | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:     **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL**

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **May 21, 2025**, why this action should not be dismissed in light of the Order Granting Plaintiff's Motion for Approval of Private Attorneys General Act Settlement Agreement and Release (Dkt. No. 38). Failure to respond to this Order will result in dismissal of this action.

**IT IS SO ORDERED.**